UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM RANDOLPH KING,

                Petitioner,                          Case No. 19-cv-10091
                                                      Hon. Matthew F. Leitman

v.

THOMAS WINN,

                Respondent.

_____/

## **JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on April 22, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          By:  s/Holly A. Monda
                                          Deputy Clerk

Approved:

s/Matthew F. Leitman                        Dated: April 22, 2020
Matthew F. Leitman                         Flint, Michigan
United States District Court

1